[No. 10643-4-II.   Division Two.   August 8, 1988.]

*In the Matter of the Marriage of* MARY JEAN ELMORE, *Respondent, and* JERRY OWEN ELMORE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-3-02689-5, Rosanne Buckner, J., entered December 12, 1986. *Reversed in part* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrie, J. Pro Tem.

[No. 20141-7-I.   Division One.   August 10, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDALL KEVIN RENTERIA, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-04313-2, James J. Dore, J., entered February 27, 1987. *Remanded* by unpublished opinion per Winsor, J., concurred in by Swanson and Webster, JJ.

[No. 19675-8-I.   Division One.   August 10, 1988.]

MIRIAM VOGEL, *Appellant,* v. RICK YOSHIJIMA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-09415-8, Donald D. Haley, J., entered November 21, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Webster, J., and Schumacher, J. Pro Tem.